IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MARILYN BRYANT** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:15-cv-00474 |
| ) | |
| **HTI MEMORIAL HOSPITAL** ) | Chief Judge Sharp |
| **CORPORATION d/b/a TRISTAR** ) | |
| **SKYLINE MADISON,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

For the reasons set forth in the accompanying Memorandum, Defendant's Motion for Summary Judgment (Docket No. 23) is hereby GRANTED on Plaintiff's federal and state law claims.

This case is hereby DISMISSED, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE